IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RAFAEL PASILLAS-CASTANEDA, Defendant. | 8:09CR214 ORDER |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 8) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Rafael Pasillas-Castaneda. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 8) is granted.
2. The Indictment (Filing No. 1) is hereby dismissed, without prejudice, as to Rafael Pasillas-Castaneda.

Dated this 24th day of February, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge